CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
DEC 15 2010
JULIA A. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Case No. 5-10-cr-00021-001<br>) |
| v. | ) **ORDER**<br>) |
| **JOEL DOMINQUEZ VASQUEZ,** | ) By:  Glen E. Conrad<br>)        Chief U. S. District Judge |
| Defendant. | ) |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: December 15, 2010

/s/ Glen E. Conrad
Chief United States District Judge